Mark Ankcorn (SBN 166871)
ANKCORN LAW FIRM, PC
110 Laurel Street
San Diego, California 92101
(619) 870-0600
*mark@markankcorn.com*

Attorneys for Plaintiff Jacqueline Kim Selby

Daniel Goldberg (SBN 280718)
BRYAN CAVE LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
(949) 223-7000
*goldbergd@bryancave.com*

Attorneys for Defendant Bank of America, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jacqueline Kim Selby**, <br><br> Plaintiff, <br><br> v. <br><br> **BAC Home Loans Servicing, L.P.** *et al.*, <br><br> Defendants. | Case No. 09-cv-2079 AJB (JMA) <br><br> **Notice of Settlement** <br><br> Pretrial Conference: March 14, 2013 |

Plaintiff Jacqueline Kim Selby ("Plaintiff") and Defendant Bank of America, N.A., successor by merger to Defendant BAC Home Loans Servicing, L.P. ("BANA" or "Bank of America") by and through their undersigned counsel, file this Notice of Settlement to inform the Court that the Parties have reached an agreement in principle to settle all claims pending in the present litigation.

Notice of Settlement —1                                                     Case No. 09-cv-2079 AJB (JMA)

1　　　　　The Parties anticipate having a fully executed written settlement agreement
2　prepared within the next thirty (30) days and will file a dismissal with prejudice of
3　the action in its entirety. As such, they request that the Pretrial Conference
4　currently scheduled for March 14, 2013 be taken off calendar.
5　　　　　Respectfully submitted,
6　Dated:　March 7, 2013　　　　　　　ANKCORN LAW FIRM, PC

7　　　　　　　　　　　　　　　　　　　*/s/ Mark Ankcorn*
　　　　　　　　　　　　　　　　　　　by: Mark Ankcorn
8
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
9　　　　　　　　　　　　　　　　　　　Jacqueline Kim Selby

10
　　Dated:　March 7, 2013　　　　　　　BRYAN CAVE LLP
11
　　　　　　　　　　　　　　　　　　　*/s/ Daniel Goldberg*
12　　　　　　　　　　　　　　　　　　by: Daniel Goldberg

13　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　Bank of America, N.A.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Certification of Electronic Signatures**

      Pursuant to the ECF Administrative Policies and Procedures Manual, Section 2(f)(4), I certify that the content of the document is acceptable to all persons required to sign the document and that I have obtained their authorization to use the electronic signatures of all parties on the document.

                                     */s/ Mark Ankcorn*