UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE KIM SELBY, an individual,<br><br>                Plaintiff,<br>v.<br><br>BAC HOME LOANS SERVICING, L.P.; GMAC MORTGAGE LLC,<br><br>                Defendants. | Case No.: 09cv2079 AJB (JMA)<br><br>ORDER:<br><br>(1) GRANTING JOINT MOTION FOR DISBURSEMENT OF FUNDS AND TO CLOSE INTEREST BEARING ACCOUNT, (Doc. No. 158); AND<br><br>(2) GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE, (Doc. No. 159). |

    Presently before the Court is the parties' joint motion to close the interest bearing account and disburse the funds contained therein, (Doc. No. 158), and the parties' joint motion to dismiss the entire action with prejudice, (Doc. No. 159). Plaintiff Jacqueline Kim Selby ("Plaintiff") made certain deposits in the interest bearing account following the Court's February 10, 2010 order imposing a preliminary injunction on foreclosure of the subject property by Defendant Bank of America, N.A. ("Bank of America"). (Doc. No. 43.) These deposits were to serve as a bond for issuance of the preliminary injunction. (Doc. No. 43 at 16:10-19.) The total now on deposit in the interest bearing account with the Clerk of Court is approximately $136,724.17. (Doc. No. 158).

On March 7, 2013, the parties filed a notice of settlement, thereby informing the Court that all outstanding issues and claims between the parties had been resolved. (Doc. No. 154.) Accordingly, the Court HEREBY ORDERS AS FOLLOWS:

1. The entire action is dismissed with prejudice;

2. The Clerk of Court is instructed to release the funds in the interest bearing account, in the amount of $136,724.17, plus interest, to the Ankcorn Law Firm, PC, 110 Laurel Street, San Diego, California 92101; and

3. Upon the release of the funds in the interest bearing account, the Clerk of Court is authorized to deduct a fee for the handling of the funds deposited in the interest bearing account, in an amount equal to or less than that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts.

IT IS SO ORDERED.

DATED: May 2, 2013

_____
Hon. Anthony J. Battaglia
U.S. District Judge